UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SOKOLOWSKI,<br><br>Defendant | Criminal No. 25cr10237<br><br>Violation:<br><br><u>Count One</u>: Possession of Child Pornography (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))<br><br><u>Count Two</u>: Receipt of Child Pornography (18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))<br><br><u>Count Three</u>: Distribution of Child Pornography (18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))<br><br><u>Forfeiture Allegation</u>: (18 U.S.C. § 2253) |

## INFORMATION

### COUNT ONE
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

The United States Attorney charges:

On or about September 24, 2024, in the District of Massachusetts, the defendant,

ROBERT SOKOLOWSKI,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

COUNT TWO
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

The United States Attorney charges:

On or about February 10, 2024, in the District of Massachusetts, the defendant,

ROBERT SOKOLOWSKI,

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

3

COUNT THREE
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

The United States Attorney charges:

On various dates beginning at least as early as on or about March 20, 2024, and continuing until on or about September 22, 2024, in the District of Massachusetts, the defendant,

ROBERT SOKOLOWSKI,

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

CHILD PORNOGRAPHY FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The United States Attorney further alleges:

1. Upon conviction of the offenses in violation of Title 18, United States Code, Section 2252A, set forth in Counts One to Three, the defendant,

ROBERT SOKOLOWSKI,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

   a. a Samsung Galaxy model SM-S135DL, seized on or about September 24, 2024; and
   b. a Samsung Galaxy Note 8, seized on or about September 24, 2024.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant-

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

                                        Respectfully Submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

                       By:   /s/ Lauren Maynard
                                        Lauren Maynard
                                        Assistant United States Attorney

DATED: 06/10/2025