# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** MA | **Category No.** II | **Investigating Agency** HSI | |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number 25-7018-JCB | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Name** Robert Sokolowski      **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 1973   **SSN (last 4#):** 9601   **Sex:** M   **Race:** W   **Nationality:** _____

**Defense Counsel if known:** William O'Neil      **Address:** 280 N. Main St., Suite 6

**Bar Number:** _____       East Longmeadow, MA 01028

**U.S. Attorney Information**

**AUSA:** Lauren Maynard      **Bar Number if applicable:** 698742

**Interpreter:** ☐ Yes  ☑ No      **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** September 24, 2024

☑ Already in Federal Custody as of November 25, 2024 in Wyatt.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/10/2025      **Signature of AUSA:** /s/ Lauren Maynard

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert Sokolowski

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Receipt of child pornography | 2 |
| Set 3 | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Distribution of child pornography | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**